**IT IS ORDERED as set forth below:**

**Date: June 2, 2026**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Takiyah Omni Holmes ) | |
| ) | |
| Debtor(s). ) | |
| ) | CASE NO. 26-40309-bem |
| _____ ) | CHAPTER 7 |
| ) | |
| IH6 Property Georgia LP, ) | Judge Barbara Ellis-Monro |
| ) | |
| Movant. ) | |
| ) | CONTESTED MATTER |
| V. ) | |
| ) | |
| Takiyah Omni Holmes, Debtor(s), Tracey L. ) | |
| Montz, Trustee ) | |
| Respondents. ) | |
| ) | |
| ) | |
| ) | |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

On April 8, 2026, IH6 Property Georgia LP (hereinafter, "Movant") filed a Motion For

Relief From Automatic Stay (Doc. No. 26) (the "Motion"). The Motion concerns rented real

property known as 117 Overlook Ct, Dallas GA 30157, (the "Property"). A hearing on said

1

Motion was heard on May 20, 2026, upon notice Movant contends was proper. A response to the Motion was filed by the Debtor (Doc. 27); no response or objection the Motion was filed by the Trustee. At said hearing, Debtor appeared *pro se* and argued against the relief sought within the Motion, with no opposition to the Motion announced by the Trustee.

The Court, having considered the Motion, oral arguments by the parties, and all other matters of record, hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant's Motion is granted.  The automatic stay pursuant to 11 U.S.C. §§ 362(d) of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment within the course of a dispossessory action, including to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action;

[END OF DOCUMENT]

2

**Order presented by:**
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd
Ste B-136
Atlanta, GA 30338
Tel: (404) 692-4342
Email: mft@tottenfirm.com

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd
Ste B-136
Atlanta, GA 30338

[No Debtor Counsel of Record]

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Tracey L. Montz
Suite 108-#406
2146 Roswell Rd
Marietta, GA 30062
Chapter 7 Trustee

Takiyah Omni Holmes, pro se Debtor
117 Overlook Ct
Dallas GA 30157

3