

**IT IS ORDERED as set forth below:**

**Date: June 2, 2026**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Takiyah Omni Holmes | ) |
| | ) |
| Debtor(s). | ) |
| | ) CASE NO. 26-40309-bem |
| | ) CHAPTER 7 |
| | ) |
| IH6 Property Georgia LP, | ) Judge Barbara Ellis-Monro |
| | ) |
|     Movant. | ) |
| | ) CONTESTED MATTER |
| V. | ) |
| | ) |
| Takiyah Omni Holmes, Debtor(s), Tracey L. | ) |
| Montz, Trustee | ) |
|     Respondents. | ) |
| | ) |
| | ) |
| | ) |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

On April 8, 2026, IH6 Property Georgia LP (hereinafter, "Movant") filed a Motion For

Relief From Automatic Stay (Doc. No. 26) (the "Motion"). The Motion concerns rented real

property known as 117 Overlook Ct, Dallas GA 30157, (the "Property"). A hearing on said

1

Motion was heard on May 20, 2026, upon notice Movant contends was proper. A response to the Motion was filed by the Debtor (Doc. 27); no response or objection the Motion was filed by the Trustee. At said hearing, Debtor appeared *pro se* and argued against the relief sought within the Motion, with no opposition to the Motion announced by the Trustee.

The Court, having considered the Motion, oral arguments by the parties, and all other matters of record, hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant's Motion is granted.  The automatic stay pursuant to 11 U.S.C. §§ 362(d) of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment within the course of a dispossessory action, including to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action;

[END OF DOCUMENT]

2

**Order presented by:**

<u>/s/ Matthew F. Totten</u>
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd
Ste B-136
Atlanta, GA 30338
Tel: (404) 692-4342
Email: mft@tottenfirm.com

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd
Ste B-136
Atlanta, GA 30338

[No Debtor Counsel of Record]

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Tracey L. Montz
Suite 108-#406
2146 Roswell Rd
Marietta, GA 30062
Chapter 7 Trustee

Takiyah Omni Holmes, pro se Debtor
117 Overlook Ct
Dallas GA 30157

3

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                          Case No. 26-40309-bem

Takiyah Omni Holmes                                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-6                          User: bncadmin                                Page 1 of 2
Date Rcvd: Jun 02, 2026                     Form ID: pdf401                       Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol       Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Takiyah Omni Holmes, 117 Overlook Court, Dallas, GA 30157-7420 |
| cr | + | IH6 Property Georgia LP, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30350 UNITED STATES 30338-4154 |
| | + | Matthew Totten, Esq., THE TOTTEN FIRM, LLC, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30338-4154 |
| | + | Takiyah Omni Holmes, 117 Overlook Ct, Dallas GA 30157-7420 |
| 25762297 | + | Capital One Bank, P.O. Box 69, Portland, ME 04112-0069 |
| 25762304 | + | Invitation Homes, 5420 LBJ Freeway, Suite 600, Dallas, TX 75240-6230 |
| 25762306 | + | Klarna US, 800 N. High Street, Columbus, OH 43215-1430 |
| 25762307 | + | Kornerstone Credit, 406 W. South Jordan Parkway, Suite 600, South Jordan, UT 84095-3943 |
| 25762310 | + | Mercury/Free Spirit Card, P.O. Box 84064, Columbus, GA 31908-4064 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: traceymontz@yahoo.com | Jun 02 2026 20:48:00 | Tracey L. Montz, Suite 108-#406, 2146 Roswell Rd, Marietta, GA 30062-3815 |
| | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Jun 02 2026 20:47:00 | U.S. Trustee, Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| 25762295 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 02 2026 20:57:04 | Affirm, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 25762296 | + | Email/Text: g17768@att.com | Jun 02 2026 20:46:00 | At&t, attention, 1025 Lenox Park Blvd., Atlanta, GA 30319-5309 |
| 25762298 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jun 02 2026 20:46:00 | Carmax Auto Finance, 225 Chastain Meadows Court, Kennesaw, GA 30144 |
| 25762299 | | Email/Text: BKPT@cfna.com | Jun 02 2026 20:46:00 | CFNA, P.O. Box 81344, Cleveland, OH 44188-0344 |
| 25762300 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 02 2026 20:57:36 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 25762301 | + | Email/Text: mrdiscen@discover.com | Jun 02 2026 20:46:00 | Discover Bank, 502 East Market Street, Greenwood, DE 19950-9700 |
| 25762302 | | Email/Text: billing@ecommission.com | Jun 02 2026 20:46:00 | eCommission, 11612 Bee Caves Road, Austin, TX 78738 |
| 25762303 | | Email/Text: brnotices@dor.ga.gov | Jun 02 2026 20:47:00 | Georgia Department of Revenue, P.O. Box 740399, Atlanta, GA 30374 |
| 25762305 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 02 2026 20:46:00 | IRS, attention, P.O. Box 7317, Philadelphia, PA 19101-7317 |
| 25762311 | | Email/Text: EBN@Mohela.com | Jun 02 2026 20:46:00 | Mohela, Attn: Bankruptcy Department, 633 Spirit Drive, Chesterfield, MO 63005 |
| 25762312 | | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 02 2026 20:48:00 | Navy Federal Credit Union, PO Box 3500, |

| | | | | |
|---|---|---|---|---|
| | | | | Merrifield, VA 22119-3500 |
| 25762313 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 02 2026 20:57:33 | Synchrony Bank-American Signature Furnit, P.O. Box 71756, Philadelphia, PA 19176-1756 |
| 25762314 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 02 2026 20:57:20 | Synchrony Bank-Mattress Firm, P. O. Box 71756, Philadelphia, PA 19176-1756 |
| 25762315 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 02 2026 20:56:47 | Synchrony Bank-Rooms To Go, P.O. Box 71756, Philadelphia, PA 19176-1756 |
| 25762309 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Jun 02 2026 20:47:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Matthew Franklin Totten | on behalf of Creditor IH6 Property Georgia LP mft@tottenfirm.com  jet@tottenfirm.com,mtots@recap.email |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| Tracey L. Montz | tmontztrustee@gmail.com  tlm@trustesolutions.net |

TOTAL: 3