**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | Takiyah Omni Holmes |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name |

Social Security number or ITIN   xxx–xx–1185
EIN   _ _–_ _ _ _ _ _ _

Social Security number or ITIN   _ _ _ _
EIN   _ _–_ _ _ _ _ _ _

United States Bankruptcy Court   Northern District of Georgia

Case number:   26–40309–bem

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Takiyah Omni Holmes
aka Takiyah Omni Teague**

**By the court:**

6/8/26

Barbara Ellis–Monro
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                     **Order of Discharge**                     page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankruptcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date you will be required to pay a fee.**

Official Form 318                         **Order of Discharge**                         page 2

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                              Case No. 26-40309-bem

Takiyah Omni Holmes                                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-6                    User: bncadmin                          Page 1 of 2

Date Rcvd: Jun 08, 2026                 Form ID: 318                            Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Takiyah Omni Holmes, 117 Overlook Court, Dallas, GA 30157-7420 |
| cr | + | IH6 Property Georgia LP, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30350 UNITED STATES 30338-4154 |
| 25762297 | + | Capital One Bank, P.O. Box 69, Portland, ME 04112-0069 |
| 25762304 | + | Invitation Homes, 5420 LBJ Freeway, Suite 600, Dallas, TX 75240-6230 |
| 25762306 | + | Klarna US, 800 N. High Street, Columbus, OH 43215-1430 |
| 25762307 | + | Kornerstone Credit, 406 W. South Jordan Parkway, Suite 600, South Jordan, UT 84095-3943 |
| 25762310 | + | Mercury/Free Spirit Card, P.O. Box 84064, Columbus, GA 31908-4064 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FTLMONTZ.COM | Jun 09 2026 01:05:00 | Tracey L. Montz, Suite 108-#406, 2146 Roswell Road, Marietta, GA 30062-3815 |
| 25762295 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 08 2026 21:31:12 | Affirm, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 25762296 | + | EDI: ATTWIREBK.COM | Jun 09 2026 01:05:00 | At&t, attention, 1025 Lenox Park Blvd., Atlanta, GA 30319-5309 |
| 25762298 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jun 08 2026 21:22:00 | Carmax Auto Finance, 225 Chastain Meadows Court, Kennesaw, GA 30144 |
| 25762299 | | EDI: CRFRSTNA.COM | Jun 09 2026 01:05:00 | CFNA, P.O. Box 81344, Cleveland, OH 44188-0344 |
| 25762300 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 08 2026 21:31:10 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 25762301 | + | EDI: DISCOVER | Jun 09 2026 01:05:00 | Discover Bank, 502 East Market Street, Greenwood, DE 19950-9700 |
| 25762302 | | Email/Text: billing@ecommission.com | Jun 08 2026 21:21:00 | eCommission, 11612 Bee Caves Road, Austin, TX 78738 |
| 25762303 | | EDI: GADEPTOFREV | Jun 09 2026 01:05:00 | Georgia Department of Revenue, P.O. Box 740399, Atlanta, GA 30374 |
| 25762305 | + | EDI: IRS.COM | Jun 09 2026 01:05:00 | IRS, attention, P.O. Box 7317, Philadelphia, PA 19101-7317 |
| 25762311 | | Email/Text: EBN@Mohela.com | Jun 08 2026 21:22:00 | Mohela, Attn: Bankruptcy Department, 633 Spirit Drive, Chesterfield, MO 63005 |
| 25762312 | | EDI: NFCU.COM | Jun 09 2026 01:05:00 | Navy Federal Credit Union, PO Box 3500, Merrifield, VA 22119-3500 |
| 25762313 | + | EDI: SYNC | Jun 09 2026 01:05:00 | Synchrony Bank-American Signature Furnit, P.O. Box 71756, Philadelphia, PA 19176-1756 |
| 25762314 | + | EDI: SYNC | Jun 09 2026 01:05:00 | Synchrony Bank-Mattress Firm, P. O. Box 71756, Philadelphia, PA 19176-1756 |

District/off: 113E-6   User: bncadmin   Page 2 of 2
Date Rcvd: Jun 08, 2026   Form ID: 318   Total Noticed: 23

| 25762315 | + EDI: SYNC | | |
| | | Jun 09 2026 01:05:00 | Synchrony Bank-Rooms To Go, P.O. Box 71756, Philadelphia, PA 19176-1756 |
| 25762309 | Email/Text: USAGAN.Bankruptcy@usdoj.gov | | |
| | | Jun 08 2026 21:22:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2026   Signature:   /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2026 at the address(es) listed below:

**Name**   **Email Address**

Matthew Franklin Totten
on behalf of Creditor IH6 Property Georgia LP mft@tottenfirm.com  jet@tottenfirm.com,mtots@recap.email

Office of the United States Trustee
ustpregion21.at.ecf@usdoj.gov

Tracey L. Montz
tmontztrustee@gmail.com  tlm@trustesolutions.net

TOTAL: 3