# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In   Debtor(s)
Re:   **Takiyah Omni Holmes**
117 Overlook Court
Dallas, GA 30157

**xxx–xx–1185**

Case No.: **26–40309–bem**
Chapter:  **7**
Judge:  **Barbara Ellis–Monro**

### ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION,
### DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**Tracey L. Montz**

the Trustee in said case, has filed a report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

Barbara Ellis–Monro
United States Bankruptcy Judge

Dated:  June 23, 2026

Form 184

United States Bankruptcy Court

Northern District of Georgia

In re:

Takiyah Omni Holmes
    Debtor

Case No. 26-40309-bem

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 113E-6 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 23, 2026 | Form ID: 184 | Total Noticed: 21 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Takiyah Omni Holmes, 117 Overlook Court, Dallas, GA 30157-7420 |
| 25762297 | + | Capital One Bank, P.O. Box 69, Portland, ME 04112-0069 |
| 25762304 | + | Invitation Homes, 5420 LBJ Freeway, Suite 600, Dallas, TX 75240-6230 |
| 25762306 | + | Klarna US, 800 N. High Street, Columbus, OH 43215-1430 |
| 25762307 | + | Kornerstone Credit, 406 W. South Jordan Parkway, Suite 600, South Jordan, UT 84095-3943 |
| 25762310 | + | Mercury/Free Spirit Card, P.O. Box 84064, Columbus, GA 31908-4064 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25762295 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 23 2026 20:50:14 | Affirm, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 25762296 | + | Email/Text: g17768@att.com | Jun 23 2026 20:34:00 | At&t, attention, 1025 Lenox Park Blvd., Atlanta, GA 30319-5309 |
| 25762298 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jun 23 2026 20:34:00 | Carmax Auto Finance, 225 Chastain Meadows Court, Kennesaw, GA 30144 |
| 25762299 | | Email/Text: BKPT@cfna.com | Jun 23 2026 20:34:00 | CFNA, P.O. Box 81344, Cleveland, OH 44188-0344 |
| 25762300 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 23 2026 20:39:12 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 25762301 | + | Email/Text: mrdiscen@discover.com | Jun 23 2026 20:34:00 | Discover Bank, 502 East Market Street, Greenwood, DE 19950-9700 |
| 25762302 | | Email/Text: billing@ecommission.com | Jun 23 2026 20:34:00 | eCommission, 11612 Bee Caves Road, Austin, TX 78738 |
| 25762303 | | Email/Text: brnotices@dor.ga.gov | Jun 23 2026 20:35:00 | Georgia Department of Revenue, P.O. Box 740399, Atlanta, GA 30374 |
| 25762305 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 23 2026 20:34:00 | IRS, attention, P.O. Box 7317, Philadelphia, PA 19101-7317 |
| 25762311 | | Email/Text: EBN@Mohela.com | Jun 23 2026 20:34:00 | Mohela, Attn: Bankruptcy Department, 633 Spirit Drive, Chesterfield, MO 63005 |
| 25762312 | | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 23 2026 20:35:00 | Navy Federal Credit Union, PO Box 3500, Merrifield, VA 22119-3500 |
| 25762313 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 23 2026 20:39:05 | Synchrony Bank-American Signature Furnit, P.O. Box 71756, Philadelphia, PA 19176-1756 |
| 25762314 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 23 2026 20:39:03 | Synchrony Bank-Mattress Firm, P. O. Box 71756, Philadelphia, PA 19176-1756 |
| 25762315 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 23 2026 20:39:46 | Synchrony Bank-Rooms To Go, P.O. Box 71756, Philadelphia, PA 19176-1756 |
| 25762309 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | | |

District/off: 113E-6

User: bncadmin

Page 2 of 2

Date Rcvd: Jun 23, 2026

Form ID: 184

Total Noticed: 21

Jun 23 2026 20:35:00   United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2026

Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Matthew Franklin Totten | on behalf of Creditor IH6 Property Georgia LP mft@tottenfirm.com  jet@tottenfirm.com,mtots@recap.email |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| Tracey L. Montz | tmontztrustee@gmail.com  tlm@trustesolutions.net |

TOTAL: 3